IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Katie Conklin, et al., | Case No. 3:07CV3775 |
|     Plaintiffs | |
| v. | ORDER |
| Apollo Express, Inc., et al., | |
|     Defendants | |
| | |
| Lincoln General Insurance Company, | Case No. 3:08CV0475 |
|     Plaintiff | |
| v. | |
| Katie Conklin, et al., | |
|     Defendants | |

For good cause having been shown, it is hereby

ORDERED THAT:

1. Status conference scheduled February 23, 2009 is vacated and rescheduled to March 16, 2009 at 2:30 p.m. Parties are to call into the Court bridge line at 419-213-5509. Passcode is 550911.

2. Status reports are due March 2, 2009.

So ordered.

                                                /s/ James G. Carr
                                                James G. Carr
                                                Chief Judge